**Border Infrastructure Project(s)**                                  DACW63-9-19-__**RGV-MCS-1112**__

# U.S. CUSTOMS AND BORDER PROTECTION

# DEPARTMENT OF HOMELAND SECURITY

### Right-of-Entry For Survey and Site Assessment

The undersigned, hereinafter called the "Owner", hereby grants to the United States of America, hereinafter called the "Government", a temporary right-of-entry upon Owner's property described below, hereinafter called the "Property." This right-of-entry is granted upon the following terms and conditions:

1. The Government's officers, employees, agents, and contractors shall have the right to enter upon the Property for the purpose of conducting environmental assessments and property surveys, including the right to temporarily store, move and remove necessary equipment and supplies; survey, stake out, appraise, bore and take soil and/or water samples, and perform any other such work which may be necessary and incidental to the Government's assessment of the Property for Border Infrastructure Projects in the Rio Grande Valley Sector area of responsibility.

2. This right-of-entry is irrevocable for a period of Eighteen (**18)** months from the date of this instrument.

3. The rights granted herein include the right of ingress and egress on other lands of the Owner not described below, provided such ingress and egress is necessary to access the Property and is not otherwise conveniently available to the Government.

4. All tools, equipment, and other property taken upon or placed upon the land by the Government shall remain the property of the Government and may be removed by the Government at any time within a reasonable period after the expiration of this right-of-entry.

5. If any action of the Government's officers, employees, agents, or contractors in the exercise of this right-of-entry results in damage to real property, an administrative claim can be made using a Standard Form (SF) 95 (Claim for Injury, Damage, or Death). The SF 95 must include supporting documentation and state a claim for monetary damages in a sum certain amount for any alleged loss or damage of property, and must be filed within two years after the claim accrues. Please submit the SF 95 and supporting documentation to the CBP Port of Entry or United States Border Patrol station nearest to where the alleged damages occurred.

6. The Property that is subject to this right-of-entry is located in the State of Texas, County of Hidalgo, and is shown on the attached Exhibit Map.

7. I affirm that I have the authority to grant this right-of-entry onto the Property described above.

**GOVERNMENT EXHIBIT 3**

**Border Infrastructure Project(s)**                     DACW63-9-19-__**RGV-MCS-1112**_

| | |
|---|---|
| Dated this _____ day of _____, 20____ | THE UNITED STATES OF AMERICA |
| _____<br>Owner's signature | By: _____<br>     Loren Flossman<br>     Acquisition Program Manager<br>     Wall Program Management Office<br>     USBP Program Management Office<br>     Directorate<br>     U.S. Border Patrol |
| _____<br>Owner's printed name | |
| Owner's mailing address:<br>_____<br>_____<br>_____<br>_____ | |
| Home Telephone: _____ | |
| Work Telephone: _____ | |

**Owner requires notification prior to entry.   Yes    No    (please circle one)**

If yes, please provide the primary and alternate point of contact (POC) and phone number and/or email.
Primary POC: _____
Alternate POC: _____

Case 7:19-cv-00234   Document 26-3   Filed on 04/27/20 in TXSD   Page 3 of 5

**Border Infrastructure Project(s)**                        DACW63-9-19-__RGV-MCS-1112_

## CERTIFICATE OF AUTHORITY
*(applicable for Corporations and Organizations)*

**I**, _____*(name)*, certify that I am the _____

*(position held in organization)* of the _____*(organization)*, duly organized

and registered in the State of Texas; that _____*(executor of*

*instrument)*, who signed the foregoing instrument on behalf of the grantor, was then

_____*(position of executor of instrument)* of said

_____*(organization)*.  I further certify that the said officer was acting

within the scope of powers delegated to this officer by the governing body of the grantor in

executing said instrument.

**IN WITNESS WHEREOF,** I have hereunto set my hand, and the seal of the

_____*(organization)*, this _____day of_____,

20_____.


By: _____

Typed Name: _____

Title: _____


**NOTE**:  THE PERSON SIGNING THE ABOVE CERTIFICATE <u>CANNOT</u> BE THE SAME PERSON THAT SIGNED THE RIGHT-OF-ENTRY.

3

**Border Infrastructure Project(s)**                     DACW63-9-19-__**RGV-MCS-1112**_

CONSENT OF TENANT:  *(if applicable)*

I hereby consent to the use of the property by the Government in accordance with this right-of-entry.

_____
Tenant's Signature

_____
Tenant's Printed Name

Owner's Mailing Address:
_____

_____

_____

Home Telephone: _____

Work Telephone: _____

**Tenant requires notification prior to entry.     Yes          No    (please circle one)**

If yes, please provide the primary and alternate point of contact (POC) and phone number and/or email.
Primary POC: _____
Alternate POC: _____

# Border Infrastructure Project- RGV - MCS - 1100s

RGV Sector / Hidalgo County

## Legend

| | |
|---|---|
| XXXX | Proposed Project Area |
| XXXX | Parent Tracts for Surveying Purposes |
| XXXX XXX | OTLS |

MENDOZA VERONICA

## Reference

| County ID | Tracts |
|---|---|
| 635648 | MCS-1112 1.45 acres |

N
W E
S

0 200 400 Feet

1 inch = 400 feet

1/17/2019
TCM

**Warning:** This document is **FOR OFFICIAL USE ONLY (FOUO).** It contains information that may be exempt from public release under the Freedom of Information Act (S U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

