United States District Court
Southern District of Texas
**ENTERED**
July 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> 30.00 ACRES OF LAND, MORE OR § <br> LESS, and VERONICA MENDOZA, § <br> § <br> Defendants. § | CIVIL ACTION NO. 7:19-cv-00234 |

## **ORDER**

The Court now considers the "Joint Motion for Order Establishing Distribution of Funds on Deposit in the Registry of the Court, and Closing Case."[1] On June 9, 2020, this Court entered an order holding that $100 was just compensation in this land condemnation case and ordering the parties to "to file dismissal documentation requesting the Court disperse the $100 deposited just compensation."[2] The instant joint motion is that dismissal documentation. The joint motion requests the Court enter an order that disburses the $100 in the Court's registry as just compensation and closes this case.[3] The Court will do so.

Accordingly, the Court **ORDERS** that the $100 in the Court's registry[4] be disbursed to Defendant Veronica Mendoza as just compensation in this case, together with any interest earned while on deposit.[5] In accordance with the parties' joint motion,

> In the event that any other party is ultimately determined by a court of competent jurisdiction to have any right to receive compensation for the Estate in the Subject Property, the Defendant, shall refund into the Registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with

---

[1] Dkt. No. 31.
[2] Dkt. No. 30.
[3] Dkt. No. 31 at 2, ¶ 4.
[4] *See* Dkt. No. 7.
[5] *See* 40 U.S.C. § 3116.

interest thereon at an annual rate calculated pursuant to 40 U. S. Code 3116 (2006), from the date of receipt of the respective deposits by the Defendant[s] to the date of repayment into the Registry of the Court.[6]

This case will terminate upon entry of the final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 6th day of July 2020.

_____
Micaela Alvarez
United States District Judge

---

[6] Dkt. No. 31 at 2, ¶ 4.c.