United States District Court
Southern District of Texas
**ENTERED**
July 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> 30.00 ACRES OF LAND, MORE OR § <br> LESS, and VERONICA MENDOZA, § <br> § <br> Defendants. § | CIVIL ACTION NO. 7:19-cv-00234 |

## FINAL JUDGMENT

Having determined and ruled upon issues of possession and just compensation in this land condemnation proceeding pursuant to 40 U.S.C. § 3114[1] and having ordered disbursement of just compensation,[2] the Court hereby renders final judgment in accordance with Federal Rule of Civil Procedure 54 in favor of Plaintiff United States of America and against Defendants 30.00 Acres of land and Veronica Mendoza. All issues in this case are resolved by the Court's orders. Any relief not expressly granted in this final judgment and by the Court's orders in this case is hereby **DENIED**. Each party is to bear its own costs. This is a final judgment for which execution may issue as allowed by law.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 6th day of July 2020.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. Nos. 21, 30.
[2] Dkt. No. 32.